TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Danyari Lantan-Rosales,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02835-RFB-EJY<br><br>**Joint Stipulation for Extension of Time to File a Response to Petitioner's Amended Petition (ECF No. 9)**<br><br>**FIRST REQUEST** |

Petitioner and Federal Defendants, by and through their undersigned counsels, stipulate for this this Court for an extension of time, up to and including **October 29, 2026**, in which to file a response to Petitioner's Amended Petition (ECF No. 9). Federal Respondents' counsel is in trial starting October 19 through October 22, 2026. *See* Harris V. USA, 2:22-cv-00022-GMN-MDC. The current deadline to respond is October 22, 2026. ECF No. 9. This is the first request for an extension of time to respond to Petitioner's

Amended Petition. This request is made in good faith and not for the purpose of any undue delay.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

The current deadline for a response to the amended petition is Auust 22, 2026. ECF No. Undersigned AUSA is currently in trial starting October 19 through October 22, 2026. *See* Harris V. USA, 2:22-cv-00022-GMN-MDC. Due to staffing issues in the USA Attorney Office, he cannot have another person in the office handle drafting and filing the response to this amended petition by the current deadline of October 22, 2026. After conferring with Petitioner's counsel, the parties agreed that a short 7 day extension would be sufficient here.

//

//

//

If this stipulation for an extension of time is granted, the new deadline to respond to Petitioner's Amended Petition (ECF No. 9) will be **October 28, 2026**. Given the above facts, good cause exists for the seven-day extension. The parties therefore, respectfully request that the Court grant this motion.

DATED 13th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Nicholas Wolfram
NICHOLAS WOLFRAM
Assistant Federal Public Defender
*Attorneys for Petitioner*

DATED 13h day of October, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

By: /s/ Nathan M. Claus
NATHAN M. CLAUS
Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS HEREBY ORDERED** Respondents must file their return to the amended petition by **October 28, 2026**. Petitioner will have 7 days to file a traverse.

**DATED**: October 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**